1  U.S. DEPARTMENT OF LABOR
2  Office of the Solicitor
   Bruce L. Brown
3  Associate Regional Solicitor
4  Jeannie Gorman, Trial Attorney
   gorman.jeannie@dol.gov
5  WSBA #23578
6  1111 Third Ave., #945
7  Seattle, WA  98101
   Telephone: (206) 553-0940
8  Facsimile: (206) 553-2768
9  Counsel for Plaintiff

10
11
12          UNITED STATES DISTRICT COURT
13      FOR THE EASTERN DISTRICT OF WASHINGTON
14

15  HILDA L. SOLIS, SECRETARY OF LABOR,    )
    UNITED STATES DEPARTMENT OF           ) Case Number: 2:09-cv-5074 -LRS
16  LABOR,                                 )
17                                         )
              Plaintiff,                   )
18                                         ) **CONSENT JUDGMENT**
19      v.                                 )
                                           )
20                                         )
    GREAT WALL BUFFET OF TRI-CITIES, INC. )
21  *doing business as* GREAT WALL, and TONG )
    DE CHEN,                               )
22                                         )
23            Defendants.                  )
24  _____    )

25
26      Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor,

27  has filed her Complaint, and Great Wall Buffet of Tri-Cities, Inc. *dba* Great Wall, and

28  Tong De Chen, hereby acknowledge receipt of a copy of the Summons and Complaint

herein, and agree to the entry of this Judgment. It is, therefore, upon motion of the attorneys for Plaintiff, and for cause shown:

(1)    ORDERED, ADJUDGED AND DECREED that Defendants Great Wall Buffet of Tri-Cities, Inc. *dba* Great Wall, and Tong De Chen, their officers, agents, servants, and employees and all persons acting or claiming to act in their behalf and interest (hereinafter "Defendants") be, and hereby are permanently enjoined and restrained from violating the provisions of §§15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §201, *et seq.*), (hereinafter referred to as "the Act" or the "FLSA"), in the following manner:

(a)    Defendants shall not, contrary to §6 of the Act, employ any employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, at an hourly rate less than the federal minimum wage;

(b)    Defendants shall not, contrary to §7 of the Act, employ any of their employees engaged in commerce or in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, for a workweek longer than forty (40) hours unless the employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed; and

(c)     Defendants shall not, contrary to Section 11(c) and 15(a)(5) of the Act, fail to make, keep, and preserve records as prescribed by the regulations duly promulgated under said Section 11(c), (29 C.F.R. §516), showing the hours worked each workday and each workweek, the regular rate of pay, the basis upon which wages are paid, the total straight time earnings for each workweek, the total overtime compensation, the nature and amount of each deduction made each workweek, and other relevant identifying information pertaining to their employees.

(2)     IT IS FURTHER ORDERED that the Plaintiff shall recover from the Defendants the sum of $175,000.00 in minimum wage payments, overtime compensation, and liquidated damages, which sum has been agreed upon by the parties in settlement after audit and legal proceedings.  Gross amounts due to each employee due backwages are contained on Exhibit A.  Defendants' payments shall be made in installments, with the last payment being made no later than November 15, 2011.  Each payment shall be in the form of checks made payable in the alternative to the order of "Wage and Hour Division – U.S. Department of Labor or the individual employee" identified in Exhibit A to this Judgment.  All checks shall be delivered to:

> Donna Hart, District Director
> U.S. Department of Labor/ESA
> Wage & Hour Division
> 1111 Third Ave., Suite 755
> Seattle, WA  98101

All checks shall be accompanied by a letter identifying the case name as <u>Solis v. Great Wall Restaurant, *et al.*</u> and include the Defendants' tax identification number. The checks shall be in the net amount, and be accompanied by a list of the employees for whom the checks represents payment, their Social Security Numbers and the legal deductions made from the gross amounts due, and the net amount due. Defendants will be responsible for computing and paying all relevant employer payroll taxes, including any applicable federal, state or local taxes. With each payment set forth below, Defendants shall provide Plaintiff with proof of payment to the relevant taxing authorities of the legal deductions and employer payroll taxes.

(a)    Defendants shall pay the sum of $30,000.00 (thirty thousand dollars) no later than October 15, 2009.  Individual amounts for this first payment are contained in Exhibit B.  Thereafter, Defendants shall pay amounts according to the attached Exhibits B  and C consistent with the dates set forth herein.

(b)    For those employees for whom no name is available, Defendants shall apply the standard deduction to compute applicable payroll and other taxes, and shall, with each payment, aggregate the amounts due such unnamed employees (employees designated as "Name Unknown 1 through 16") and include this aggregate amount in one check made payable to "U.S. Department of Labor."  This one check shall include the legal deductions made from the gross amounts due and indicate the net amount due, and shall be delivered to the U.S. Department of Labor, Wage and Hour

Division with the checks made payable in the alternative to the Secretary and to the employee.

(c)    Following Defendants' initial payment of $30,000 in accordance with Exhibit B, interest will accrue on the declining balance at the rate of 4% per annum, represented in Exhibits B and C.  Defendants' payments shall continue until such time as the entire sum of $175,000.00, plus interest is paid in full.

(d)    If there is any default in the payment (to the affected employee or to the Wage and Hour Division of the U. S. Department of Labor at the address set forth above) of any check of more than 10 days, then: the entire remaining balance of the settlement amount shall be immediately due and payable, with 4 percent interest per annum accruing on the unpaid balance, and; Defendants shall pay each affected employee an additional penalty of 10 percent of the gross amount due plus interest due that employee.

(3)    IT IS FURTHER ORDERED that Plaintiff shall distribute the monies paid by Defendants under this Judgment to the employees identified in Exhibit A attached hereto or their estate if that is necessary. Any money not so paid within three (3) years because of inability to locate said employee(s) or because or their refusal to accept said proceeds shall be deposited forthwith with the Treasurer of the United States pursuant to 28 U.S.C. §2041.

(4)    IT IS FURTHER ORDERED that the rights, if any of Defendants' employees or ex-employees not specifically mentioned in Exhibit A to this Judgment are neither affected nor extinguished by the Judgment and neither party to this action intends or contemplates that the judgment entered in this action will affect such rights.

(5)    IT IS FURTHER ORDERED that:

(a)    If Defendants fail to make the payments as set forth above, the Court shall appoint a Receiver upon notice by the Plaintiff. Plaintiff shall provide the Court with the names of potential Receivers. The Court may appoint the Receiver from those offered by the Secretary or may appoint another Receiver at its discretion.

(b)    Defendants shall produce to the Court appointed Receiver all books and records and any other information the Receiver requires to carry out the provisions of this Judgment. In addition, the defendants shall submit to a sworn accounting by an independent certified public accountant and/or the Receiver, and shall testify if the accountant or Receiver so decides.

(c)    The Receiver shall serve until the payment of the monetary terms of this Judgment are satisfied. Defendants shall bear the full costs and expenses of the Receiver and any accountant retained pursuant to the terms of the above paragraph.

(d)    The Receiver shall have full authority to: collect the assets of Defendants and report his/her findings to the Court and the parties; to redeem and/or liquidate such assets and turn over the proceeds to the Secretary; if the asset is a debt

that is due, to collect it and turn over the proceeds to the Secretary; to analyze all

transfers of the assets of Defendants; to prevent waste or fraud; and to do all acts and

take all measures necessary or proper for the efficient performance of these duties under

this Consent Judgment and Order.

(6)     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each

party shall bear its own fees and other expenses incurred by such party in connection

with any stage of this proceeding.


DATED this ____25th____ day of ____September_____, 2009.


s/Lonny R. Suko
_____
THE HONORABLE Lonny R. Suko
United States District Judge

ENTRY OF THIS JUDGMENT IS HEREBY CONSENTED
TO AND NOTICE OF PRESENTATION IS WAIVED

**Approved as to Form and Content:**


_____          Dated: ___9-15-09___
Tong De Chen, individually and for Great
Wall Buffet of Tri-Cities, Inc. *dba* Great Wall

1    **Presented by:**

2

3    _____      Dated:   9-24-09

4    Bruce L. Brown, Associate Regional Solicitor

     Jeannie Gorman, Trial Attorney

5    U.S. DEPARTMENT OF LABOR

6    Counsel for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Gonzalez Aragon, Saul Ivan | $3,595.69 | $1,541.02 | $5,136.71 | 12/18/08-12/1/08 |
| Jiang, Jing Shi | $4,753.18 | $2,037.08 | $6,790.26 | 12/4/06-12/1/08 |
| Lu, Hong Que | $17,559.97 | $7,525.71 | $25,085.68 | 12/4/06-12/1/08 |
| Lu, Xui Hui | $7,926.35 | $3,397.01 | $11,323.36 | 4/16/07-12/31/07 |
| Lu, Yang, Kui | $4,278.65 | $1,833.72 | $6,112.37 | 12/4/06-9/1/08 |
| Lu, Yang Lin | $4,856.34 | $2,081.30 | $6,937.64 | 12/4/06-12/1/08 |
| Meras Vargas, Demetrio | $6,421.69 | $2,752.16 | $9,173.85 | 12/4/06-12/1/08 |
| Shi, Chun Guang | $311.05 | $133.32 | $444.37 | 10/13/08-12/1/08 |
| Shi, Wei Hua | $9,530.28 | $4,084.41 | $13,614.69 | 4/2/07-5/5/08 |
| Shi, Yi He | $4,856.34 | $2,081.30 | $6,937.64 | 12/4/06-12/1/08 |
| The, Yen Yen Lestari | $2,078.44 | $890.76 | $2,969.20 | 9/1/08-12/1/08 |
| Tobon Cabrera, Sebast | $6,421.69 | $2,752.16 | $9,173.85 | 12/4/06-12/1/08 |
| You, Xia | $17,559.97 | $7,525.71 | $25,085.68 | 12/4/06-12/1/08 |
| Zheng, Rong Hui | $519.61 | $222.69 | $742.30 | 11/10/08-12/1/08 |
| Name Unknown 1 | $533.24 | $228.54 | $761.78 | 9/1/08-12/1/08 |
| Name Unknown 2 | $2,131.84 | $913.65 | $3,045.49 | 1/7/08-12/1/08 |
| Name Unknown 3 | $608.55 | $260.81 | $869.36 | 1/1/07-4/16/07 |
| Name Unknown 4 | $166.30 | $71.28 | $237.58 | 12/4/06-1/1/07 |
| Name Unknown 5 | $2,161.62 | $926.42 | $3,088.04 | 1/7/07-10/13/08 |
| Name Unknown 6 | $3,070.38 | $1,315.89 | $4,386.27 | 1/1/07-12/31/07 |
| Name Unknown 7 | $235.17 | $100.80 | $335.97 | 12/4/06-1/1/07 |

EXHIBIT A TO CONSENT JUDGMENT - PAGE 1

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Name Unknown 8 | $693.00 | $297.01 | $990.01 | 1/7/08-12/18/08 |
| Name Unknown 9 | $5,767.01 | $2,471.58 | $8,238.59 | 1/1/07-12/31/07 |
| Name Unknown 10 | $404.20 | $173.23 | $577.43 | 12/4/06-1/1/07 |
| Name Unknown 11 | $5,888.91 | $2,523.82 | $8,412.73 | 1/7/08-9/1/08 |
| Name Unknown 12 | $2,364.13 | $1,013.20 | $3,377.33 | 1/1/07-4/16/07 |
| Name Unknown 13 | $638.29 | $273.56 | $911.85 | 12/4/06-1/1/07 |
| Name Unknown 14 | $4,503.28 | $1,929.98 | $6,433.26 | 5/5/08-11/10/08 |
| Name Unknown 15 | $2,026.40 | $868.46 | $2,894.86 | 1/1/07-4/2/07 |
| Name Unknown 16 | $638.29 | $273.56 | $911.85 | 12/4/06-1/1/07 |
| **TOTALS:** | **$122,499.86** | **$52,500.14** | **$175,000.00** | |

EXHIBIT A TO CONSENT JUDGMENT – PAGE 2

### U.S. DEPARTMENT OF LABOR

Installment Amortization Schedule
Installment Agreement Date: 08/25/2009

Case No:  1532046
Employer:  Great Wall

| Beginning Payment Date: | 09/25/2009 | Ending Payment Date: | 08/25/2011 |
|---|---|---|---|
| Total BW Amount: | $175,000.00 | Current Interest Rate: | 4.0 % |
| | | Number Of Payments: | 24 |
| Initial Payment: | $30,000.00 | Pay Period: | Monthly |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Saul Ivan Gonzalez Aragon | $880.58 | $0.00 | $880.58 |
| Jing Shi Jiang | $1,164.04 | $0.00 | $1,164.04 |
| Yang Lin Lu | $1,189.31 | $0.00 | $1,189.31 |
| Xui Hui Lu | $1,941.15 | $0.00 | $1,941.15 |
| Hong Que Lu | $4,300.40 | $0.00 | $4,300.40 |
| Yang Kui Lu | $1,047.83 | $0.00 | $1,047.83 |
| Demetrio Meras Vargas | $1,572.66 | $0.00 | $1,572.66 |
| Chun Guang Shi | $76.18 | $0.00 | $76.18 |
| Wei Hua Shi | $2,333.95 | $0.00 | $2,333.95 |
| Yi He Shi | $1,189.31 | $0.00 | $1,189.31 |
| Yen Yen Lestari The | $509.01 | $0.00 | $509.01 |
| Sebast Tobon Cabrera | $1,572.66 | $0.00 | $1,572.66 |
| Name Unknown 1 | $130.59 | $0.00 | $130.59 |
| Name Unknown 10 | $98.99 | $0.00 | $98.99 |
| Name Unknown 11 | $1,442.18 | $0.00 | $1,442.18 |
| Name Unknown 12 | $578.97 | $0.00 | $578.97 |
| Name Unknown 13 | $156.32 | $0.00 | $156.32 |
| Name Unknown 14 | $1,102.84 | $0.00 | $1,102.84 |
| Name Unknown 15 | $496.26 | $0.00 | $496.26 |
| Name Unknown 16 | $156.32 | $0.00 | $156.32 |
| Name Unknown 2 | $522.08 | $0.00 | $522.08 |
| Name Unknown 3 | $149.03 | $0.00 | $149.03 |

Exhibit B to Consent
Judgment

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $40.73 | $0.00 | $40.73 |
| Name Unknown 5 | $529.38 | $0.00 | $529.38 |
| Name Unknown 6 | $751.93 | $0.00 | $751.93 |
| Name Unknown 7 | $57.59 | $0.00 | $57.59` |
| Name Unknown 8 | $169.72 | $0.00 | $169.72 |
| Name Unknown 9 | $1,412.33 | $0.00 | $1,412.33 |
| Xia You | $4,300.40 | $0.00 | $4,300.40 |
| Rong Hui Zheng | $127.26 | $0.00 | $127.26 |
| Saul Ivan Gonzalez Aragon | $170.64 | $14.19 | $184.83 |
| Jing Shi Jiang | $225.56 | $18.75 | $244.31 |
| Yang Lin Lu | $230.46 | $19.16 | $249.62 |
| Xui Hui Lu | $376.15 | $31.27 | $407.42 |
| Hong Que Lu | $833.31 | $69.28 | $902.59 |
| Yang Kui Lu | $203.05 | $16.88 | $219.93 |
| Demetrio Meras Vargas | $304.74 | $25.34 | $330.08 |
| Chun Guang Shi | $14.76 | $1.23 | $15.99 |
| Wei Hua Shi | $452.26 | $37.60 | $489.86 |
| Yi He Shi | $230.46 | $19.16 | $249.62 |
| Yen Yen Lestari The | $98.63 | $8.20 | $106.83 |
| Sebast Tobon Cabrera | $304.74 | $25.34 | $330.08 |
| Name Unknown 1 | $25.31 | $2.10 | $27.41 |
| Name Unknown 10 | $19.18 | $1.59 | $20.77 |
| Name Unknown 11 | $279.46 | $23.23 | $302.69 |
| Name Unknown 12 | $112.19 | $9.33 | $121.52 |
| Name Unknown 13 | $30.29 | $2.52 | $32.81 |
| Name Unknown 14 | $213.70 | $17.77 | $231.47 |
| Name Unknown 15 | $96.16 | $7.99 | $104.15 |
| Name Unknown 16 | $30.29 | $2.52 | $32.81 |
| Name Unknown 2 | $101.17 | $8.41 | $109.58 |
| Name Unknown 3 | $28.88 | $2.40 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $7.89 | $0.66 | $8.55 |
| Name Unknown 5 | $102.58 | $8.53 | $111.11 |
| Name Unknown 6 | $145.71 | $12.11 | $157.82 |
| Name Unknown 7 | $11.16 | $0.93 | $12.09 |
| Name Unknown 8 | $32.89 | $2.73 | $35.62 |
| Name Unknown 9 | $273.68 | $22.75 | $296.43 |
| Xia You | $833.31 | $69.28 | $902.59 |
| Rong Hui Zheng | $24.67 | $2.08 | $26.75 |
| Saul Ivan Gonzalez Aragon | $171.20 | $13.62 | $184.82 |
| Jing Shi Jiang | $226.32 | $18.00 | $244.32 |
| Yang Lin Lu | $231.23 | $18.39 | $249.62 |
| Xui Hui Lu | $377.40 | $30.02 | $407.42 |
| Hong Que Lu | $836.09 | $66.51 | $902.60 |
| Yang Kui Lu | $203.72 | $16.20 | $219.92 |
| Demetrio Meras Vargas | $305.76 | $24.32 | $330.08 |
| Chun Guang Shi | $14.81 | $1.18 | $15.99 |
| Wei Hua Shi | $453.77 | $36.10 | $489.87 |
| Yi He Shi | $231.23 | $18.39 | $249.62 |
| Yen Yen Lestari The | $98.96 | $7.87 | $106.83 |
| Sebast Tobon Cabrera | $305.76 | $24.32 | $330.08 |
| Name Unknown 1 | $25.39 | $2.02 | $27.41 |
| Name Unknown 10 | $19.25 | $1.53 | $20.78 |
| Name Unknown 11 | $280.39 | $22.30 | $302.69 |
| Name Unknown 12 | $112.56 | $8.95 | $121.51 |
| Name Unknown 13 | $30.39 | $2.42 | $32.81 |
| Name Unknown 14 | $214.42 | $17.06 | $231.48 |
| Name Unknown 15 | $96.48 | $7.67 | $104.15 |
| Name Unknown 16 | $30.39 | $2.42 | $32.81 |
| Name Unknown 2 | $101.50 | $8.07 | $109.57 |
| Name Unknown 3 | $28.98 | $2.31 | $31.29 |

Exhibit B to Consent Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $7.92 | $0.63 | $8.55 |
| Name Unknown 5 | $102.92 | $8.19 | $111.11 |
| Name Unknown 6 | $146.19 | $11.63 | $157.82 |
| Name Unknown 7 | $11.20 | $0.89 | $12.09 |
| Name Unknown 8 | $33.00 | $2.62 | $35.62 |
| Name Unknown 9 | $274.59 | $21.84 | $296.43 |
| Xia You | $836.09 | $66.51 | $902.60 |
| Rong Hui Zheng | $24.74 | $1.98 | $26.72 |
| Saul Ivan Gonzalez Aragon | $171.77 | $13.05 | $184.82 |
| Jing Shi Jiang | $227.07 | $17.25 | $244.32 |
| Yang Lin Lu | $232.00 | $17.62 | $249.62 |
| Xui Hui Lu | $378.66 | $28.76 | $407.42 |
| Hong Que Lu | $838.88 | $63.72 | $902.60 |
| Yang Kui Lu | $204.40 | $15.53 | $219.93 |
| Demetrio Meras Vargas | $306.78 | $23.30 | $330.08 |
| Chun Guang Shi | $14.86 | $1.13 | $15.99 |
| Wei Hua Shi | $455.28 | $34.58 | $489.86 |
| Yi He Shi | $232.00 | $17.62 | $249.62 |
| Yen Yen Lestari The | $99.29 | $7.54 | $106.83 |
| Sebast Tobon Cabrera | $306.78 | $23.30 | $330.08 |
| Name Unknown 1 | $25.47 | $1.93 | $27.40 |
| Name Unknown 10 | $19.31 | $1.47 | $20.78 |
| Name Unknown 11 | $281.33 | $21.37 | $302.70 |
| Name Unknown 12 | $112.94 | $8.58 | $121.52 |
| Name Unknown 13 | $30.49 | $2.32 | $32.81 |
| Name Unknown 14 | $215.13 | $16.34 | $231.47 |
| Name Unknown 15 | $96.81 | $7.35 | $104.16 |
| Name Unknown 16 | $30.49 | $2.32 | $32.81 |
| Name Unknown 2 | $101.84 | $7.74 | $109.58 |
| Name Unknown 3 | $29.07 | $2.21 | $31.28 |

Exhibit B to Consent Judgment

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $7.94 | $0.60 | $8.54 |
| Name Unknown 5 | $103.27 | $7.84 | $111.11 |
| Name Unknown 6 | $146.68 | $11.14 | $157.82 |
| Name Unknown 7 | $11.24 | $0.85 | $12.09 |
| Name Unknown 8 | $33.11 | $2.51 | $35.62 |
| Name Unknown 9 | $275.50 | $20.93 | $296.43 |
| Xia You | $838.88 | $63.72 | $902.60 |
| Rong Hui Zheng | $24.83 | $1.89 | $26.72 |
| | | | |
| Saul Ivan Gonzalez Aragon | $172.35 | $12.48 | $184.83 |
| Jing Shi Jiang | $227.83 | $16.49 | $244.32 |
| Yang Lin Lu | $232.77 | $16.85 | $249.62 |
| Xui Hui Lu | $379.92 | $27.50 | $407.42 |
| Hong Que Lu | $841.67 | $60.92 | $902.59 |
| Yang Kui Lu | $205.08 | $14.84 | $219.92 |
| Demetrio Meras Vargas | $307.80 | $22.28 | $330.08 |
| Chun Guang Shi | $14.91 | $1.08 | $15.99 |
| Wei Hua Shi | $456.80 | $33.07 | $489.87 |
| Yi He Shi | $232.77 | $16.85 | $249.62 |
| Yen Yen Lestari The | $99.62 | $7.21 | $106.83 |
| Sebast Tobon Cabrera | $307.80 | $22.28 | $330.08 |
| Name Unknown 1 | $25.56 | $1.85 | $27.41 |
| Name Unknown 10 | $19.37 | $1.40 | $20.77 |
| Name Unknown 11 | $282.26 | $20.43 | $302.69 |
| Name Unknown 12 | $113.32 | $8.20 | $121.52 |
| Name Unknown 13 | $30.59 | $2.21 | $32.80 |
| Name Unknown 14 | $215.85 | $15.62 | $231.47 |
| Name Unknown 15 | $97.13 | $7.03 | $104.16 |
| Name Unknown 16 | $30.59 | $2.21 | $32.80 |
| Name Unknown 2 | $102.18 | $7.40 | $109.58 |
| Name Unknown 3 | $29.17 | $2.11 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $7.97 | $0.58 | $8.55 |
| Name Unknown 5 | $103.61 | $7.50 | $111.11 |
| Name Unknown 6 | $147.17 | $10.65 | $157.82 |
| Name Unknown 7 | $11.27 | $0.82 | $12.09 |
| Name Unknown 8 | $33.22 | $2.40 | $35.62 |
| Name Unknown 9 | $276.42 | $20.01 | $296.43 |
| Xia You | $841.67 | $60.92 | $902.59 |
| Rong Hui Zheng | $24.93 | $1.82 | $26.75 |
| Saul Ivan Gonzalez Aragon | $172.92 | $11.90 | $184.82 |
| Jing Shi Jiang | $228.59 | $15.73 | $244.32 |
| Yang Lin Lu | $233.55 | $16.07 | $249.62 |
| Xui Hui Lu | $381.19 | $26.23 | $407.42 |
| Hong Que Lu | $844.48 | $58.12 | $902.60 |
| Yang Kui Lu | $205.77 | $14.16 | $219.93 |
| Demetrio Meras Vargas | $308.83 | $21.25 | $330.08 |
| Chun Guang Shi | $14.96 | $1.03 | $15.99 |
| Wei Hua Shi | $458.32 | $31.54 | $489.86 |
| Yi He Shi | $233.55 | $16.07 | $249.62 |
| Yen Yen Lestari The | $99.95 | $6.88 | $106.83 |
| Sebast Tobon Cabrera | $308.83 | $21.25 | $330.08 |
| Name Unknown 1 | $25.64 | $1.76 | $27.40 |
| Name Unknown 10 | $19.44 | $1.34 | $20.78 |
| Name Unknown 11 | $283.21 | $19.49 | $302.70 |
| Name Unknown 12 | $113.69 | $7.82 | $121.51 |
| Name Unknown 13 | $30.70 | $2.11 | $32.81 |
| Name Unknown 14 | $216.57 | $14.90 | $231.47 |
| Name Unknown 15 | $97.45 | $6.71 | $104.16 |
| Name Unknown 16 | $30.70 | $2.11 | $32.81 |
| Name Unknown 2 | $102.52 | $7.06 | $109.58 |
| Name Unknown 3 | $29.27 | $2.01 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.00 | $0.55 | $8.55 |
| Name Unknown 5 | $103.96 | $7.15 | $111.11 |
| Name Unknown 6 | $147.66 | $10.16 | $157.82 |
| Name Unknown 7 | $11.31 | $0.78 | $12.09 |
| Name Unknown 8 | $33.33 | $2.29 | $35.62 |
| Name Unknown 9 | $277.34 | $19.09 | $296.43 |
| Xia You | $844.48 | $58.12 | $902.60 |
| Rong Hui Zheng | $24.97 | $1.75 | $26.72 |
| Saul Ivan Gonzalez Aragon | $173.50 | $11.32 | $184.82 |
| Jing Shi Jiang | $229.35 | $14.97 | $244.32 |
| Yang Lin Lu | $234.33 | $15.29 | $249.62 |
| Xui Hui Lu | $382.46 | $24.96 | $407.42 |
| Hong Que Lu | $847.30 | $55.30 | $902.60 |
| Yang Kui Lu | $206.45 | $13.48 | $219.93 |
| Demetrio Meras Vargas | $309.86 | $20.22 | $330.08 |
| Chun Guang Shi | $15.01 | $0.98 | $15.99 |
| Wei Hua Shi | $459.85 | $30.01 | $489.86 |
| Yi He Shi | $234.33 | $15.29 | $249.62 |
| Yen Yen Lestari The | $100.29 | $6.55 | $106.84 |
| Sebast Tobon Cabrera | $309.86 | $20.22 | $330.08 |
| Name Unknown 1 | $25.73 | $1.68 | $27.41 |
| Name Unknown 10 | $19.50 | $1.27 | $20.77 |
| Name Unknown 11 | $284.15 | $18.55 | $302.70 |
| Name Unknown 12 | $114.07 | $7.45 | $121.52 |
| Name Unknown 13 | $30.80 | $2.01 | $32.81 |
| Name Unknown 14 | $217.29 | $14.18 | $231.47 |
| Name Unknown 15 | $97.78 | $6.38 | $104.16 |
| Name Unknown 16 | $30.80 | $2.01 | $32.81 |
| Name Unknown 2 | $102.86 | $6.71 | $109.57 |
| Name Unknown 3 | $29.36 | $1.92 | $31.28 |

**Exhibit B to Consent Judgment**

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.02 | $0.52 | $8.54 |
| Name Unknown 5 | $104.30 | $6.81 | $111.11 |
| Name Unknown 6 | $148.15 | $9.67 | $157.82 |
| Name Unknown 7 | $11.35 | $0.74 | $12.09 |
| Name Unknown 8 | $33.44 | $2.18 | $35.62 |
| Name Unknown 9 | $278.27 | $18.16 | $296.43 |
| Xia You | $847.30 | $55.30 | $902.60 |
| Rong Hui Zheng | $25.05 | $1.67 | $26.72 |
| Saul Ivan Gonzalez Aragon | $174.08 | $10.75 | $184.83 |
| Jing Shi Jiang | $230.11 | $14.20 | $244.31 |
| Yang Lin Lu | $235.11 | $14.51 | $249.62 |
| Xui Hui Lu | $383.73 | $23.69 | $407.42 |
| Hong Que Lu | $850.12 | $52.48 | $902.60 |
| Yang Kui Lu | $207.14 | $12.79 | $219.93 |
| Demetrio Meras Vargas | $310.89 | $19.19 | $330.08 |
| Chun Guang Shi | $15.06 | $0.93 | $15.99 |
| Wei Hua Shi | $461.38 | $28.48 | $489.86 |
| Yi He Shi | $235.11 | $14.51 | $249.62 |
| Yen Yen Lestari The | $100.62 | $6.21 | $106.83 |
| Sebast Tobon Cabrera | $310.89 | $19.19 | $330.08 |
| Name Unknown 1 | $25.82 | $1.59 | $27.41 |
| Name Unknown 10 | $19.57 | $1.21 | $20.78 |
| Name Unknown 11 | $285.10 | $17.60 | $302.70 |
| Name Unknown 12 | $114.45 | $7.06 | $121.51 |
| Name Unknown 13 | $30.90 | $1.91 | $32.81 |
| Name Unknown 14 | $218.01 | $13.46 | $231.47 |
| Name Unknown 15 | $98.10 | $6.06 | $104.16 |
| Name Unknown 16 | $30.90 | $1.91 | $32.81 |
| Name Unknown 2 | $103.21 | $6.37 | $109.58 |
| Name Unknown 3 | $29.46 | $1.82 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.05 | $0.50 | $8.55 |
| Name Unknown 5 | $104.65 | $6.46 | $111.11 |
| Name Unknown 6 | $148.64 | $9.18 | $157.82 |
| Name Unknown 7 | $11.39 | $0.70 | $12.09 |
| Name Unknown 8 | $33.55 | $2.07 | $35.62 |
| Name Unknown 9 | $279.19 | $17.23 | $296.42 |
| Xia You | $850.12 | $52.48 | $902.60 |
| Rong Hui Zheng | $25.17 | $1.55 | $26.72 |
| Saul Ivan Gonzalez Aragon | $174.66 | $10.17 | $184.83 |
| Jing Shi Jiang | $230.88 | $13.44 | $244.32 |
| Yang Lin Lu | $235.89 | $13.73 | $249.62 |
| Xui Hui Lu | $385.01 | $22.41 | $407.42 |
| Hong Que Lu | $852.95 | $49.65 | $902.60 |
| Yang Kui Lu | $207.83 | $12.10 | $219.93 |
| Demetrio Meras Vargas | $311.93 | $18.16 | $330.09 |
| Chun Guang Shi | $15.11 | $0.88 | $15.99 |
| Wei Hua Shi | $462.92 | $26.94 | $489.86 |
| Yi He Shi | $235.89 | $13.73 | $249.62 |
| Yen Yen Lestari The | $100.96 | $5.88 | $106.84 |
| Sebast Tobon Cabrera | $311.93 | $18.16 | $330.09 |
| Name Unknown 1 | $25.90 | $1.51 | $27.41 |
| Name Unknown 10 | $19.63 | $1.14 | $20.77 |
| Name Unknown 11 | $286.05 | $16.65 | $302.70 |
| Name Unknown 12 | $114.83 | $6.68 | $121.51 |
| Name Unknown 13 | $31.00 | $1.80 | $32.80 |
| Name Unknown 14 | $218.74 | $12.73 | $231.47 |
| Name Unknown 15 | $98.43 | $5.73 | $104.16 |
| Name Unknown 16 | $31.00 | $1.80 | $32.80 |
| Name Unknown 2 | $103.55 | $6.03 | $109.58 |
| Name Unknown 3 | $29.56 | $1.72 | $31.28 |

Exhibit B to Consent Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.08 | $0.47 | $8.55 |
| Name Unknown 5 | $105.00 | $6.11 | $111.11 |
| Name Unknown 6 | $149.14 | $8.68 | $157.82 |
| Name Unknown 7 | $11.42 | $0.66 | $12.08 |
| Name Unknown 8 | $33.66 | $1.96 | $35.62 |
| Name Unknown 9 | $280.13 | $16.30 | $296.43 |
| Xia You | $852.95 | $49.65 | $902.60 |
| Rong Hui Zheng | $25.25 | $1.46 | $26.71 |
| Saul Ivan Gonzalez Aragon | $175.24 | $9.58 | $184.82 |
| Jing Shi Jiang | $231.65 | $12.67 | $244.32 |
| Yang Lin Lu | $236.68 | $12.94 | $249.62 |
| Xui Hui Lu | $386.30 | $21.13 | $407.43 |
| Hong Que Lu | $855.80 | $46.80 | $902.60 |
| Yang Kui Lu | $208.52 | $11.40 | $219.92 |
| Demetrio Meras Vargas | $312.97 | $17.12 | $330.09 |
| Chun Guang Shi | $15.16 | $0.83 | $15.99 |
| Wei Hua Shi | $464.46 | $25.40 | $489.86 |
| Yi He Shi | $236.68 | $12.94 | $249.62 |
| Yen Yen Lestari The | $101.29 | $5.54 | $106.83 |
| Sebast Tobon Cabrera | $312.97 | $17.12 | $330.09 |
| Name Unknown 1 | $25.99 | $1.42 | $27.41 |
| Name Unknown 10 | $19.70 | $1.08 | $20.78 |
| Name Unknown 11 | $287.00 | $15.70 | $302.70 |
| Name Unknown 12 | $115.22 | $6.30 | $121.52 |
| Name Unknown 13 | $31.11 | $1.70 | $32.81 |
| Name Unknown 14 | $219.47 | $12.00 | $231.47 |
| Name Unknown 15 | $98.76 | $5.40 | $104.16 |
| Name Unknown 16 | $31.11 | $1.70 | $32.81 |
| Name Unknown 2 | $103.90 | $5.68 | $109.58 |
| Name Unknown 3 | $29.66 | $1.62 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.11 | $0.44 | $8.55 |
| Name Unknown 5 | $105.35 | $5.76 | $111.11 |
| Name Unknown 6 | $149.64 | $8.18 | $157.82 |
| Name Unknown 7 | $11.46 | $0.63 | $12.09 |
| Name Unknown 8 | $33.77 | $1.85 | $35.62 |
| Name Unknown 9 | $281.06 | $15.37 | $296.43 |
| Xia You | $855.80 | $46.80 | $902.60 |
| Rong Hui Zheng | $25.29 | $1.39 | $26.68 |
| Saul Ivan Gonzalez Aragon | $175.82 | $9.00 | $184.82 |
| Jing Shi Jiang | $232.42 | $11.90 | $244.32 |
| Yang Lin Lu | $237.47 | $12.15 | $249.62 |
| Xui Hui Lu | $387.58 | $19.84 | $407.42 |
| Hong Que Lu | $858.65 | $43.95 | $902.60 |
| Yang Kui Lu | $209.22 | $10.71 | $219.93 |
| Demetrio Meras Vargas | $314.01 | $16.07 | $330.08 |
| Chun Guang Shi | $15.21 | $0.78 | $15.99 |
| Wei Hua Shi | $466.01 | $23.85 | $489.86 |
| Yi He Shi | $237.47 | $12.15 | $249.62 |
| Yen Yen Lestari The | $101.63 | $5.20 | $106.83 |
| Sebast Tobon Cabrera | $314.01 | $16.07 | $330.08 |
| Name Unknown 1 | $26.07 | $1.33 | $27.40 |
| Name Unknown 10 | $19.76 | $1.01 | $20.77 |
| Name Unknown 11 | $287.96 | $14.74 | $302.70 |
| Name Unknown 12 | $115.60 | $5.92 | $121.52 |
| Name Unknown 13 | $31.21 | $1.60 | $32.81 |
| Name Unknown 14 | $220.20 | $11.27 | $231.47 |
| Name Unknown 15 | $99.09 | $5.07 | $104.16 |
| Name Unknown 16 | $31.21 | $1.60 | $32.81 |
| Name Unknown 2 | $104.24 | $5.34 | $109.58 |
| Name Unknown 3 | $29.76 | $1.52 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $8.13 | $0.42 | $8.55 |
| Name Unknown 5 | $105.70 | $5.41 | $111.11 |
| Name Unknown 6 | $150.14 | $7.68 | $157.82 |
| Name Unknown 7 | $11.50 | $0.59 | $12.09 |
| Name Unknown 8 | $33.89 | $1.73 | $35.62 |
| Name Unknown 9 | $282.00 | $14.43 | $296.43 |
| Xia You | $858.65 | $43.95 | $902.60 |
| Rong Hui Zheng | $25.41 | $1.31 | $26.72 |
| Saul Ivan Gonzalez Aragon | $176.41 | $8.41 | $184.82 |
| Jing Shi Jiang | $233.20 | $11.12 | $244.32 |
| Yang Lin Lu | $238.26 | $11.36 | $249.62 |
| Xui Hui Lu | $388.88 | $18.55 | $407.43 |
| Hong Que Lu | $861.51 | $41.09 | $902.60 |
| Yang Kui Lu | $209.92 | $10.01 | $219.93 |
| Demetrio Meras Vargas | $315.06 | $15.03 | $330.09 |
| Chun Guang Shi | $15.26 | $0.73 | $15.99 |
| Wei Hua Shi | $467.57 | $22.30 | $489.87 |
| Yi He Shi | $238.26 | $11.36 | $249.62 |
| Yen Yen Lestari The | $101.97 | $4.86 | $106.83 |
| Sebast Tobon Cabrera | $315.06 | $15.03 | $330.09 |
| Name Unknown 1 | $26.16 | $1.25 | $27.41 |
| Name Unknown 10 | $19.83 | $0.95 | $20.78 |
| Name Unknown 11 | $288.92 | $13.78 | $302.70 |
| Name Unknown 12 | $115.99 | $5.53 | $121.52 |
| Name Unknown 13 | $31.32 | $1.49 | $32.81 |
| Name Unknown 14 | $220.94 | $10.54 | $231.48 |
| Name Unknown 15 | $99.42 | $4.74 | $104.16 |
| Name Unknown 16 | $31.32 | $1.49 | $32.81 |
| Name Unknown 2 | $104.59 | $4.99 | $109.58 |
| Name Unknown 3 | $29.86 | $1.42 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.16 | $0.39 | $8.55 |
| Name Unknown 5 | $106.05 | $5.06 | $111.11 |
| Name Unknown 6 | $150.64 | $7.18 | $157.82 |
| Name Unknown 7 | $11.54 | $0.55 | $12.09 |
| Name Unknown 8 | $34.00 | $1.62 | $35.62 |
| Name Unknown 9 | $282.94 | $13.49 | $296.43 |
| Xia You | $861.51 | $41.09 | $902.60 |
| Rong Hui Zheng | $25.44 | $1.21 | $26.65 |
| Saul Ivan Gonzalez Aragon | $177.00 | $7.83 | $184.83 |
| Jing Shi Jiang | $233.97 | $10.34 | $244.31 |
| Yang Lin Lu | $239.05 | $10.57 | $249.62 |
| Xui Hui Lu | $390.17 | $17.25 | $407.42 |
| Hong Que Lu | $864.38 | $38.21 | $902.59 |
| Yang Kui Lu | $210.62 | $9.31 | $219.93 |
| Demetrio Meras Vargas | $316.11 | $13.98 | $330.09 |
| Chun Guang Shi | $15.31 | $0.68 | $15.99 |
| Wei Hua Shi | $469.12 | $20.74 | $489.86 |
| Yi He Shi | $239.05 | $10.57 | $249.62 |
| Yen Yen Lestari The | $102.31 | $4.52 | $106.83 |
| Sebast Tobon Cabrera | $316.11 | $13.98 | $330.09 |
| Name Unknown 1 | $26.25 | $1.16 | $27.41 |
| Name Unknown 10 | $19.90 | $0.88 | $20.78 |
| Name Unknown 11 | $289.88 | $12.82 | $302.70 |
| Name Unknown 12 | $116.37 | $5.14 | $121.51 |
| Name Unknown 13 | $31.42 | $1.39 | $32.81 |
| Name Unknown 14 | $221.67 | $9.80 | $231.47 |
| Name Unknown 15 | $99.75 | $4.41 | $104.16 |
| Name Unknown 16 | $31.42 | $1.39 | $32.81 |
| Name Unknown 2 | $104.94 | $4.64 | $109.58 |
| Name Unknown 3 | $29.96 | $1.32 | $31.28 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.19 | $0.36 | $8.55 |
| Name Unknown 5 | $106.41 | $4.70 | $111.11 |
| Name Unknown 6 | $151.14 | $6.68 | $157.82 |
| Name Unknown 7 | $11.58 | $0.51 | $12.09 |
| Name Unknown 8 | $34.11 | $1.51 | $35.62 |
| Name Unknown 9 | $283.88 | $12.55 | $296.43 |
| Xia You | $864.38 | $38.21 | $902.59 |
| Rong Hui Zheng | $25.57 | $1.14 | $26.71 |
| Saul Ivan Gonzalez Aragon | $177.59 | $7.24 | $184.83 |
| Jing Shi Jiang | $234.75 | $9.56 | $244.31 |
| Yang Lin Lu | $239.85 | $9.77 | $249.62 |
| Xui Hui Lu | $391.47 | $15.95 | $407.42 |
| Hong Que Lu | $867.26 | $35.33 | $902.59 |
| Yang Kui Lu | $211.32 | $8.61 | $219.93 |
| Demetrio Meras Vargas | $317.16 | $12.92 | $330.08 |
| Chun Guang Shi | $15.36 | $0.63 | $15.99 |
| Wei Hua Shi | $470.69 | $19.18 | $489.87 |
| Yi He Shi | $239.85 | $9.77 | $249.62 |
| Yen Yen Lestari The | $102.65 | $4.18 | $106.83 |
| Sebast Tobon Cabrera | $317.16 | $12.92 | $330.08 |
| Name Unknown 1 | $26.34 | $1.07 | $27.41 |
| Name Unknown 10 | $19.96 | $0.81 | $20.77 |
| Name Unknown 11 | $290.85 | $11.85 | $302.70 |
| Name Unknown 12 | $116.76 | $4.76 | $121.52 |
| Name Unknown 13 | $31.52 | $1.28 | $32.80 |
| Name Unknown 14 | $222.41 | $9.06 | $231.47 |
| Name Unknown 15 | $100.08 | $4.08 | $104.16 |
| Name Unknown 16 | $31.52 | $1.28 | $32.80 |
| Name Unknown 2 | $105.29 | $4.29 | $109.58 |
| Name Unknown 3 | $30.06 | $1.22 | $31.28 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.21 | $0.33 | $8.54 |
| Name Unknown 5 | $106.76 | $4.35 | $111.11 |
| Name Unknown 6 | $151.64 | $6.18 | $157.82 |
| Name Unknown 7 | $11.62 | $0.47 | $12.09 |
| Name Unknown 8 | $34.23 | $1.39 | $35.62 |
| Name Unknown 9 | $284.83 | $11.60 | $296.43 |
| Xia You | $867.26 | $35.33 | $902.59 |
| Rong Hui Zheng | $25.67 | $1.08 | $26.75 |
| Saul Ivan Gonzalez Aragon | $178.18 | $6.64 | $184.82 |
| Jing Shi Jiang | $235.54 | $8.78 | $244.32 |
| Yang Lin Lu | $240.65 | $8.97 | $249.62 |
| Xui Hui Lu | $392.78 | $14.64 | $407.42 |
| Hong Que Lu | $870.16 | $32.44 | $902.60 |
| Yang Kui Lu | $212.02 | $7.90 | $219.92 |
| Demetrio Meras Vargas | $318.22 | $11.86 | $330.08 |
| Chun Guang Shi | $15.41 | $0.57 | $15.98 |
| Wei Hua Shi | $472.26 | $17.61 | $489.87 |
| Yi He Shi | $240.65 | $8.97 | $249.62 |
| Yen Yen Lestari The | $102.99 | $3.84 | $106.83 |
| Sebast Tobon Cabrera | $318.22 | $11.86 | $330.08 |
| Name Unknown 1 | $26.42 | $0.99 | $27.41 |
| Name Unknown 10 | $20.03 | $0.75 | $20.78 |
| Name Unknown 11 | $291.82 | $10.88 | $302.70 |
| Name Unknown 12 | $117.15 | $4.37 | $121.52 |
| Name Unknown 13 | $31.63 | $1.18 | $32.81 |
| Name Unknown 14 | $223.15 | $8.32 | $231.47 |
| Name Unknown 15 | $100.42 | $3.74 | $104.16 |
| Name Unknown 16 | $31.63 | $1.18 | $32.81 |
| Name Unknown 2 | $105.64 | $3.94 | $109.58 |
| Name Unknown 3 | $30.16 | $1.12 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.24 | $0.31 | $8.55 |
| Name Unknown 5 | $107.12 | $3.99 | $111.11 |
| Name Unknown 6 | $152.15 | $5.67 | $157.82 |
| Name Unknown 7 | $11.65 | $0.43 | $12.08 |
| Name Unknown 8 | $34.34 | $1.28 | $35.62 |
| Name Unknown 9 | $285.78 | $10.65 | $296.43 |
| Xia You | $870.16 | $32.44 | $902.60 |
| Rong Hui Zheng | $25.72 | $1.00 | $26.72 |
| Saul Ivan Gonzalez Aragon | $178.77 | $6.05 | $184.82 |
| Jing Shi Jiang | $236.32 | $8.00 | $244.32 |
| Yang Lin Lu | $241.45 | $8.17 | $249.62 |
| Xui Hui Lu | $394.09 | $13.34 | $407.43 |
| Hong Que Lu | $873.06 | $29.54 | $902.60 |
| Yang Kui Lu | $212.73 | $7.20 | $219.93 |
| Demetrio Meras Vargas | $319.28 | $10.80 | $330.08 |
| Chun Guang Shi | $15.47 | $0.52 | $15.99 |
| Wei Hua Shi | $473.83 | $16.03 | $489.86 |
| Yi He Shi | $241.45 | $8.17 | $249.62 |
| Yen Yen Lestari The | $103.34 | $3.50 | $106.84 |
| Sebast Tobon Cabrera | $319.28 | $10.80 | $330.08 |
| Name Unknown 1 | $26.51 | $0.90 | $27.41 |
| Name Unknown 10 | $20.10 | $0.68 | $20.78 |
| Name Unknown 11 | $292.79 | $9.91 | $302.70 |
| Name Unknown 12 | $117.54 | $3.98 | $121.52 |
| Name Unknown 13 | $31.74 | $1.07 | $32.81 |
| Name Unknown 14 | $223.90 | $7.58 | $231.48 |
| Name Unknown 15 | $100.75 | $3.41 | $104.16 |
| Name Unknown 16 | $31.74 | $1.07 | $32.81 |
| Name Unknown 2 | $105.99 | $3.59 | $109.58 |
| Name Unknown 3 | $30.26 | $1.02 | $31.28 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $8.27 | $0.28 | $8.55 |
| Name Unknown 5 | $107.47 | $3.64 | $111.11 |
| Name Unknown 6 | $152.66 | $5.17 | $157.83 |
| Name Unknown 7 | $11.69 | $0.40 | $12.09 |
| Name Unknown 8 | $34.46 | $1.17 | $35.63 |
| Name Unknown 9 | $286.73 | $9.70 | $296.43 |
| Xia You | $873.06 | $29.54 | $902.60 |
| Rong Hui Zheng | $25.79 | $0.86 | $26.65 |
| Saul Ivan Gonzalez Aragon | $179.37 | $5.45 | $184.82 |
| Jing Shi Jiang | $237.11 | $7.21 | $244.32 |
| Yang Lin Lu | $242.26 | $7.37 | $249.63 |
| Xui Hui Lu | $395.40 | $12.02 | $407.42 |
| Hong Que Lu | $875.97 | $26.63 | $902.60 |
| Yang Kui Lu | $213.44 | $6.49 | $219.93 |
| Demetrio Meras Vargas | $320.34 | $9.74 | $330.08 |
| Chun Guang Shi | $15.52 | $0.47 | $15.99 |
| Wei Hua Shi | $475.41 | $14.45 | $489.86 |
| Yi He Shi | $242.26 | $7.37 | $249.63 |
| Yen Yen Lestari The | $103.68 | $3.15 | $106.83 |
| Sebast Tobon Cabrera | $320.34 | $9.74 | $330.08 |
| Name Unknown 1 | $26.60 | $0.81 | $27.41 |
| Name Unknown 10 | $20.16 | $0.61 | $20.77 |
| Name Unknown 11 | $293.76 | $8.93 | $302.69 |
| Name Unknown 12 | $117.93 | $3.59 | $121.52 |
| Name Unknown 13 | $31.84 | $0.97 | $32.81 |
| Name Unknown 14 | $224.64 | $6.83 | $231.47 |
| Name Unknown 15 | $101.09 | $3.07 | $104.16 |
| Name Unknown 16 | $31.84 | $0.97 | $32.81 |
| Name Unknown 2 | $106.35 | $3.23 | $109.58 |
| Name Unknown 3 | $30.36 | $0.92 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $8.30 | $0.25 | $8.55 |
| Name Unknown 5 | $107.83 | $3.28 | $111.11 |
| Name Unknown 6 | $153.16 | $4.66 | $157.82 |
| Name Unknown 7 | $11.73 | $0.36 | $12.09 |
| Name Unknown 8 | $34.57 | $1.05 | $35.62 |
| Name Unknown 9 | $287.68 | $8.75 | $296.43 |
| Xia You | $875.97 | $26.63 | $902.60 |
| Rong Hui Zheng | $25.91 | $0.79 | $26.70 |
| | | | |
| Saul Ivan Gonzalez Aragon | $179.97 | $4.86 | $184.83 |
| Jing Shi Jiang | $237.90 | $6.42 | $244.32 |
| Yang Lin Lu | $243.06 | $6.56 | $249.62 |
| Xui Hui Lu | $396.72 | $10.70 | $407.42 |
| Hong Que Lu | $878.89 | $23.71 | $902.60 |
| Yang Kui Lu | $214.15 | $5.78 | $219.93 |
| Demetrio Meras Vargas | $321.41 | $8.67 | $330.08 |
| Chun Guang Shi | $15.57 | $0.42 | $15.99 |
| Wei Hua Shi | $477.00 | $12.87 | $489.87 |
| Yi He Shi | $243.06 | $6.56 | $249.62 |
| Yen Yen Lestari The | $104.03 | $2.81 | $106.84 |
| Sebast Tobon Cabrera | $321.41 | $8.67 | $330.08 |
| Name Unknown 1 | $26.69 | $0.72 | $27.41 |
| Name Unknown 10 | $20.23 | $0.55 | $20.78 |
| Name Unknown 11 | $294.74 | $7.95 | $302.69 |
| Name Unknown 12 | $118.33 | $3.19 | $121.52 |
| Name Unknown 13 | $31.95 | $0.86 | $32.81 |
| Name Unknown 14 | $225.39 | $6.08 | $231.47 |
| Name Unknown 15 | $101.42 | $2.74 | $104.16 |
| Name Unknown 16 | $31.95 | $0.86 | $32.81 |
| Name Unknown 2 | $106.70 | $2.88 | $109.58 |
| Name Unknown 3 | $30.46 | $0.82 | $31.28 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.32 | $0.22 | $8.54 |
| Name Unknown 5 | $108.19 | $2.92 | $111.11 |
| Name Unknown 6 | $153.67 | $4.15 | $157.82 |
| Name Unknown 7 | $11.77 | $0.32 | $12.09 |
| Name Unknown 8 | $34.69 | $0.94 | $35.63 |
| Name Unknown 9 | $288.64 | $7.79 | $296.43 |
| Xia You | $878.89 | $23.71 | $902.60 |
| Rong Hui Zheng | $25.99 | $0.69 | $26.68 |
| | | | |
| Saul Ivan Gonzalez Aragon | $180.57 | $4.26 | $184.83 |
| Jing Shi Jiang | $238.69 | $5.63 | $244.32 |
| Yang Lin Lu | $243.87 | $5.75 | $249.62 |
| Xui Hui Lu | $398.04 | $9.38 | $407.42 |
| Hong Que Lu | $881.82 | $20.78 | $902.60 |
| Yang Kui Lu | $214.86 | $5.06 | $219.92 |
| Demetrio Meras Vargas | $322.48 | $7.60 | $330.08 |
| Chun Guang Shi | $15.62 | $0.37 | $15.99 |
| Wei Hua Shi | $478.59 | $11.28 | $489.87 |
| Yi He Shi | $243.87 | $5.75 | $249.62 |
| Yen Yen Lestari The | $104.37 | $2.46 | $106.83 |
| Sebast Tobon Cabrera | $322.48 | $7.60 | $330.08 |
| Name Unknown 1 | $26.78 | $0.63 | $27.41 |
| Name Unknown 10 | $20.30 | $0.48 | $20.78 |
| Name Unknown 11 | $295.73 | $6.97 | $302.70 |
| Name Unknown 12 | $118.72 | $2.80 | $121.52 |
| Name Unknown 13 | $32.05 | $0.76 | $32.81 |
| Name Unknown 14 | $226.14 | $5.33 | $231.47 |
| Name Unknown 15 | $101.76 | $2.40 | $104.16 |
| Name Unknown 16 | $32.05 | $0.76 | $32.81 |
| Name Unknown 2 | $107.06 | $2.52 | $109.58 |
| Name Unknown 3 | $30.56 | $0.72 | $31.28 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $8.35 | $0.20 | $8.55 |
| Name Unknown 5 | $108.55 | $2.56 | $111.11 |
| Name Unknown 6 | $154.19 | $3.63 | $157.82 |
| Name Unknown 7 | $11.81 | $0.28 | $12.09 |
| Name Unknown 8 | $34.80 | $0.82 | $35.62 |
| Name Unknown 9 | $289.60 | $6.83 | $296.43 |
| Xia You | $881.82 | $20.78 | $902.60 |
| Rong Hui Zheng | $26.10 | $0.59 | $26.69 |
| | | | |
| Saul Ivan Gonzalez Aragon | $181.17 | $3.65 | $184.82 |
| Jing Shi Jiang | $239.49 | $4.83 | $244.32 |
| Yang Lin Lu | $244.69 | $4.93 | $249.62 |
| Xui Hui Lu | $399.37 | $8.05 | $407.42 |
| Hong Que Lu | $884.75 | $17.84 | $902.59 |
| Yang Kui Lu | $215.58 | $4.35 | $219.93 |
| Demetrio Meras Vargas | $323.56 | $6.53 | $330.09 |
| Chun Guang Shi | $15.67 | $0.32 | $15.99 |
| Wei Hua Shi | $480.18 | $9.68 | $489.86 |
| Yi He Shi | $244.69 | $4.93 | $249.62 |
| Yen Yen Lestari The | $104.72 | $2.11 | $106.83 |
| Sebast Tobon Cabrera | $323.56 | $6.53 | $330.09 |
| Name Unknown 1 | $26.87 | $0.54 | $27.41 |
| Name Unknown 10 | $20.37 | $0.41 | $20.78 |
| Name Unknown 11 | $296.71 | $5.98 | $302.69 |
| Name Unknown 12 | $119.12 | $2.40 | $121.52 |
| Name Unknown 13 | $32.16 | $0.65 | $32.81 |
| Name Unknown 14 | $226.90 | $4.58 | $231.48 |
| Name Unknown 15 | $102.10 | $2.06 | $104.16 |
| Name Unknown 16 | $32.16 | $0.65 | $32.81 |
| Name Unknown 2 | $107.41 | $2.17 | $109.58 |
| Name Unknown 3 | $30.66 | $0.62 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Name Unknown 4 | $8.38 | $0.17 | $8.55 |
| Name Unknown 5 | $108.91 | $2.20 | $111.11 |
| Name Unknown 6 | $154.70 | $3.12 | $157.82 |
| Name Unknown 7 | $11.85 | $0.24 | $12.09 |
| Name Unknown 8 | $34.92 | $0.70 | $35.62 |
| Name Unknown 9 | $290.57 | $5.86 | $296.43 |
| Xia You | $884.75 | $17.84 | $902.59 |
| Rong Hui Zheng | $26.16 | $0.54 | $26.70 |
| Saul Ivan Gonzalez Aragon | $181.77 | $3.05 | $184.82 |
| Jing Shi Jiang | $240.29 | $4.03 | $244.32 |
| Yang Lin Lu | $245.50 | $4.12 | $249.62 |
| Xui Hui Lu | $400.70 | $6.72 | $407.42 |
| Hong Que Lu | $887.70 | $14.89 | $902.59 |
| Yang Kui Lu | $216.30 | $3.63 | $219.93 |
| Demetrio Meras Vargas | $324.63 | $5.45 | $330.08 |
| Chun Guang Shi | $15.72 | $0.26 | $15.98 |
| Wei Hua Shi | $481.78 | $8.08 | $489.86 |
| Yi He Shi | $245.50 | $4.12 | $249.62 |
| Yen Yen Lestari The | $105.07 | $1.76 | $106.83 |
| Sebast Tobon Cabrera | $324.63 | $5.45 | $330.08 |
| Name Unknown 1 | $26.96 | $0.45 | $27.41 |
| Name Unknown 10 | $20.43 | $0.34 | $20.77 |
| Name Unknown 11 | $297.70 | $4.99 | $302.69 |
| Name Unknown 12 | $119.51 | $2.01 | $121.52 |
| Name Unknown 13 | $32.27 | $0.54 | $32.81 |
| Name Unknown 14 | $227.65 | $3.82 | $231.47 |
| Name Unknown 15 | $102.44 | $1.72 | $104.16 |
| Name Unknown 16 | $32.27 | $0.54 | $32.81 |
| Name Unknown 2 | $107.77 | $1.81 | $109.58 |
| Name Unknown 3 | $30.76 | $0.52 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.41 | $0.14 | $8.55 |
| Name Unknown 5 | $109.28 | $1.83 | $111.11 |
| Name Unknown 6 | $155.22 | $2.60 | $157.82 |
| Name Unknown 7 | $11.89 | $0.20 | $12.09 |
| Name Unknown 8 | $35.03 | $0.59 | $35.62 |
| Name Unknown 9 | $291.54 | $4.89 | $296.43 |
| Xia You | $887.70 | $14.89 | $902.59 |
| Rong Hui Zheng | $26.29 | $0.46 | $26.75 |
| | | | |
| Saul Ivan Gonzalez Aragon | $182.38 | $2.44 | $184.82 |
| Jing Shi Jiang | $241.09 | $3.23 | $244.32 |
| Yang Lin Lu | $246.32 | $3.30 | $249.62 |
| Xui Hui Lu | $402.03 | $5.39 | $407.42 |
| Hong Que Lu | $890.66 | $11.94 | $902.60 |
| Yang Kui Lu | $217.02 | $2.91 | $219.93 |
| Demetrio Meras Vargas | $325.72 | $4.36 | $330.08 |
| Chun Guang Shi | $15.78 | $0.21 | $15.99 |
| Wei Hua Shi | $483.39 | $6.48 | $489.87 |
| Yi He Shi | $246.32 | $3.30 | $249.62 |
| Yen Yen Lestari The | $105.42 | $1.41 | $106.83 |
| Sebast Tobon Cabrera | $325.72 | $4.36 | $330.08 |
| Name Unknown 1 | $27.05 | $0.36 | $27.41 |
| Name Unknown 10 | $20.50 | $0.27 | $20.77 |
| Name Unknown 11 | $298.69 | $4.00 | $302.69 |
| Name Unknown 12 | $119.91 | $1.61 | $121.52 |
| Name Unknown 13 | $32.38 | $0.43 | $32.81 |
| Name Unknown 14 | $228.41 | $3.06 | $231.47 |
| Name Unknown 15 | $102.78 | $1.38 | $104.16 |
| Name Unknown 16 | $32.38 | $0.43 | $32.81 |
| Name Unknown 2 | $108.13 | $1.45 | $109.58 |
| Name Unknown 3 | $30.87 | $0.41 | $31.28 |

Exhibit B to Consent Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.44 | $0.11 | $8.55 |
| Name Unknown 5 | $109.64 | $1.47 | $111.11 |
| Name Unknown 6 | $155.73 | $2.09 | $157.82 |
| Name Unknown 7 | $11.93 | $0.16 | $12.09 |
| Name Unknown 8 | $35.15 | $0.47 | $35.62 |
| Name Unknown 9 | $292.51 | $3.92 | $296.43 |
| Xia You | $890.66 | $11.94 | $902.60 |
| Rong Hui Zheng | $26.34 | $0.37 | $26.71 |
| Saul Ivan Gonzalez Aragon | $182.99 | $1.84 | $184.83 |
| Jing Shi Jiang | $241.89 | $2.43 | $244.32 |
| Yang Lin Lu | $247.14 | $2.48 | $249.62 |
| Xui Hui Lu | $403.37 | $4.05 | $407.42 |
| Hong Que Lu | $893.63 | $8.97 | $902.60 |
| Yang Kui Lu | $217.74 | $2.18 | $219.92 |
| Demetrio Meras Vargas | $326.80 | $3.28 | $330.08 |
| Chun Guang Shi | $15.83 | $0.16 | $15.99 |
| Wei Hua Shi | $485.00 | $4.87 | $489.87 |
| Yi He Shi | $247.14 | $2.48 | $249.62 |
| Yen Yen Lestari The | $105.77 | $1.06 | $106.83 |
| Sebast Tobon Cabrera | $326.80 | $3.28 | $330.08 |
| Name Unknown 1 | $27.14 | $0.27 | $27.41 |
| Name Unknown 10 | $20.57 | $0.21 | $20.78 |
| Name Unknown 11 | $299.69 | $3.01 | $302.70 |
| Name Unknown 12 | $120.31 | $1.21 | $121.52 |
| Name Unknown 13 | $32.48 | $0.33 | $32.81 |
| Name Unknown 14 | $229.17 | $2.30 | $231.47 |
| Name Unknown 15 | $103.12 | $1.03 | $104.15 |
| Name Unknown 16 | $32.48 | $0.33 | $32.81 |
| Name Unknown 2 | $108.49 | $1.09 | $109.58 |
| Name Unknown 3 | $30.97 | $0.31 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.46 | $0.08 | $8.54 |
| Name Unknown 5 | $110.01 | $1.10 | $111.11 |
| Name Unknown 6 | $156.25 | $1.57 | $157.82 |
| Name Unknown 7 | $11.97 | $0.12 | $12.09 |
| Name Unknown 8 | $35.27 | $0.35 | $35.62 |
| Name Unknown 9 | $293.48 | $2.94 | $296.42 |
| Xia You | $893.63 | $8.97 | $902.60 |
| Rong Hui Zheng | $26.47 | $0.25 | $26.72 |
| Saul Ivan Gonzalez Aragon | $183.60 | $1.23 | $184.83 |
| Jing Shi Jiang | $242.70 | $1.62 | $244.32 |
| Yang Lin Lu | $247.96 | $1.66 | $249.62 |
| Xui Hui Lu | $404.72 | $2.70 | $407.42 |
| Hong Que Lu | $896.61 | $5.99 | $902.60 |
| Yang Kui Lu | $218.47 | $1.46 | $219.93 |
| Demetrio Meras Vargas | $327.89 | $2.19 | $330.08 |
| Chun Guang Shi | $15.88 | $0.11 | $15.99 |
| Wei Hua Shi | $486.62 | $3.25 | $489.87 |
| Yi He Shi | $247.96 | $1.66 | $249.62 |
| Yen Yen Lestari The | $106.12 | $0.71 | $106.83 |
| Sebast Tobon Cabrera | $327.89 | $2.19 | $330.08 |
| Name Unknown 1 | $27.23 | $0.18 | $27.41 |
| Name Unknown 10 | $20.64 | $0.14 | $20.78 |
| Name Unknown 11 | $300.69 | $2.01 | $302.70 |
| Name Unknown 12 | $120.71 | $0.81 | $121.52 |
| Name Unknown 13 | $32.59 | $0.22 | $32.81 |
| Name Unknown 14 | $229.94 | $1.54 | $231.48 |
| Name Unknown 15 | $103.47 | $0.69 | $104.16 |
| Name Unknown 16 | $32.59 | $0.22 | $32.81 |
| Name Unknown 2 | $108.85 | $0.73 | $109.58 |
| Name Unknown 3 | $31.07 | $0.21 | $31.28 |

Exhibit B to Consent
Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
| --- | --- | --- | --- |
| Name Unknown 4 | $8.49 | $0.06 | $8.55 |
| Name Unknown 5 | $110.37 | $0.74 | $111.11 |
| Name Unknown 6 | $156.77 | $1.05 | $157.82 |
| Name Unknown 7 | $12.01 | $0.08 | $12.09 |
| Name Unknown 8 | $35.38 | $0.24 | $35.62 |
| Name Unknown 9 | $294.46 | $1.97 | $296.43 |
| Xia You | $896.61 | $5.99 | $902.60 |
| Rong Hui Zheng | $26.55 | $0.12 | $26.67 |
| Saul Ivan Gonzalez Aragon | $184.18 | $0.61 | $184.79 |
| Jing Shi Jiang | $243.50 | $0.81 | $244.31 |
| Yang Lin Lu | $248.78 | $0.83 | $249.61 |
| Xui Hui Lu | $406.07 | $1.35 | $407.42 |
| Hong Que Lu | $899.63 | $3.00 | $902.63 |
| Yang Kui Lu | $219.19 | $0.73 | $219.92 |
| Demetrio Meras Vargas | $328.96 | $1.10 | $330.06 |
| Chun Guang Shi | $15.94 | $0.05 | $15.99 |
| Wei Hua Shi | $488.25 | $1.63 | $489.88 |
| Yi He Shi | $248.78 | $0.83 | $249.61 |
| Yen Yen Lestari The | $106.51 | $0.36 | $106.87 |
| Sebast Tobon Cabrera | $328.96 | $1.10 | $330.06 |
| Name Unknown 1 | $27.31 | $0.09 | $27.40 |
| Name Unknown 10 | $20.71 | $0.07 | $20.78 |
| Name Unknown 11 | $301.67 | $1.01 | $302.68 |
| Name Unknown 12 | $121.14 | $0.40 | $121.54 |
| Name Unknown 13 | $32.70 | $0.11 | $32.81 |
| Name Unknown 14 | $230.73 | $0.77 | $231.50 |
| Name Unknown 15 | $103.81 | $0.35 | $104.16 |
| Name Unknown 16 | $32.70 | $0.11 | $32.81 |
| Name Unknown 2 | $109.23 | $0.36 | $109.59 |
| Name Unknown 3 | $31.15 | $0.10 | $31.25 |

Exhibit B to Consent Judgment

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Name Unknown 4 | $8.52 | $0.03 | $8.55 |
| Name Unknown 5 | $110.73 | $0.37 | $111.10 |
| Name Unknown 6 | $157.30 | $0.52 | $157.82 |
| Name Unknown 7 | $12.04 | $0.04 | $12.08 |
| Name Unknown 8 | $35.48 | $0.12 | $35.60 |
| Name Unknown 9 | $295.44 | $0.98 | $296.42 |
| Xia You | $899.63 | $3.00 | $902.63 |
| Rong Hui Zheng | $26.73 | $0.09 | $26.82 |
| | $175,000.00 | $6,118.72 | $181,118.72 |

Exhibit B to Consent
Judgment

25

## SOLIS v. GREAT WALL, *et seq.*

| Payment | Due Date | Amount Due | Interest Due | Total Due |
|---|---|---|---|---|
| 1 | 11/15/09 | $5,813.28 | $483.33 | $6,296.61 |
| 2 | 12/15/09 | $5,832.65 | $463.96 | $6,296.61 |
| 3 | 1/15/10 | $5,852.10 | $444.51 | $6,296.61 |
| 4 | 2/15/10 | $5,871.60 | $425.01 | $6,296.61 |
| 5 | 3/15/10 | $5,891.18 | $405.43 | $6,296.61 |
| 6 | 4/15/10 | $5,910.81 | $385.80 | $6,296.61 |
| 7 | 5/15/10 | $5,930.52 | $366.09 | $6,296.61 |
| 8 | 6/15/10 | $5,950.28 | $346.33 | $6,296.61 |
| 9 | 7/15/10 | $5,970.12 | $326.49 | $6,296.61 |
| 10 | 8/15/10 | $5,990.02 | $306.59 | $6,296.61 |
| 11 | 9/15/10 | $6,009.99 | $286.62 | $6,296.61 |
| 12 | 10/15/10 | $6,030.02 | $266.59 | $6,296.61 |
| 13 | 11/15/10 | $6,050.12 | $246.49 | $6,296.61 |
| 14 | 12/15/10 | $6,070.29 | $226.32 | $6,296.61 |
| 15 | 1/15/11 | $6,090.52 | $206.09 | $6,296.61 |
| 16 | 2/15/11 | $6,110.82 | $185.79 | $6,296.61 |
| 17 | 3/15/11 | $6,131.19 | $165.42 | $6,296.61 |
| 18 | 4/15/11 | $6,151.63 | $144.98 | $6,296.61 |
| 19 | 5/15/11 | $6,172.13 | $124.48 | $6,296.61 |
| 20 | 6/15/11 | $6,192.71 | $103.90 | $6,296.61 |
| 21 | 7/15/11 | $6,213.35 | $83.26 | $6,296.61 |
| 22 | 8/15/11 | $6,234.06 | $62.55 | $6,296.61 |
| 23 | 9/15/11 | $6,254.84 | $41.77 | $6,296.61 |
| 24 | 10/15/11 | $6,275.77 | $20.92 | $6,296.69 |
|  |  |  |  |  |
| | TOTALS: | $145,000.00 | $6,118.72 | $151.118.72 |

EXHIBIT C TO CONSENT JUDGMENT